FILED

14 JUN -9 AM 11: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>IVAN CANDELARIO MAGANA HEREDIA (3),<br>JOSE ALFREDO NAJERA GIL (4),<br>IGNACIO ESCAMILLA ESTRADA (7),<br>JOSE ALEJANDRO FLORES MEZA (13),<br><br>                    Defendants. | Case No. 10cr3044-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: _6/9/14_.

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge